UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PETER G. CHARBONNET, JR., ET AL            CIVIL ACTION

VERSUS                                     NO.  06-9249

ATLANTIC CASUALTY INSURANCE COMPANY      SECTION  "N"  (3)

## ORDER AND REASONS

Before the Court is a Motion to Remand by plaintiffs, Peter G. Charbonnet, Jr., Sean H. Charbonnet, Ashley A. Charbonnet, Elizabeth I. Charbonnet, Cecile Charbonnet Kerber, William J. Charbonnet, Susan Charbonnet Schwartz and 320 South Broad, LLC.  The motion is based solely upon whether the requisite jurisdictional amount exists in controversy in order to support federal jurisdiction.  Defendant Atlantic Casualty Insurance Company opposes the motion.

Quite simply, based on the original petition filed in state court, this Court cannot determine that the amount in controversy is below the jurisdictional threshold amount of $75,000.  Although plaintiffs assert that the principal amount due under the terms of the policy is only the balance of $33,070.98, which remains unpaid from the policy limit of $75,000, the defendant points out, and a review of the petition (specifically Paragraph 12) reveals, that plaintiffs also seek not only penalties, attorney's fees and court costs, but also damages for "stress, mental anguish, extended loss

1

of use of the insured property ...", among these other additional damages.  As these damages are not

quantifiable at this time, and plaintiffs have failed to provide any stipulation that they seek no sums

over and above $75,000, and affirmatively state that they will waive their right thereto, the Court

must deny the Motion to Remand.

For these reasons, the plaintiffs' Motion to Remand is **DENIED**.

New Orleans, Louisiana, this _19th_ day of January, 2007.

**KURT D. ENGELHARDT**
**United States District Judge**